Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

# UNITED STATES DISTRICT COURT
for the
NORTHERN District of ALABAMA
BIRMINGHAM Division

FILED
2025 SEP 25 P 1:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| MASHIACH C. LASSITER | Case No. _____ *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ☒ Yes ☐ No |
| -v- | |
| KIRKUS MEDIA LLC | |
| *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR VIOLATION OF FAIR LABOR STANDARDS

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  | | |
  |---|---|
  | Name | KIRKUS MEDIA LLC |
  | Street Address | 1140 Broadway, Suite 802 |
  | City and County | New York, NY |
  | State and Zip Code | NY, 10001 |
  | Telephone Number | 1-800-316-9361 |
  | E-mail Address | customercare@kirkus.com |

  B. **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

Defendant No. 1
    Name _____
    Job or Title *(if known)* _____
    Street Address _____
    City and County _____
    State and Zip Code _____
    Telephone Number _____
    E-mail Address *(if known)* _____

Defendant No. 2
    Name _____
    Job or Title *(if known)* _____
    Street Address _____
    City and County _____
    State and Zip Code _____
    Telephone Number _____
    E-mail Address *(if known)* _____

Defendant No. 3
    Name _____
    Job or Title *(if known)* _____
    Street Address _____
    City and County _____
    State and Zip Code _____
    Telephone Number _____
    E-mail Address *(if known)* _____

Defendant No. 4
    Name _____
    Job or Title *(if known)* _____
    Street Address _____
    City and County _____
    State and Zip Code _____
    Telephone Number _____
    E-mail Address *(if known)* _____

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

C. **Place of Employment**

The address at which I am employed or was employed by the defendant(s) is

Name
Street Address
City and County
State and Zip Code
Telephone Number

II. **Basis for Jurisdiction**

This action is brought pursuant to *(check all that apply)*:

☒ Fair Labor Standards Act, as codified, 29 U.S.C. §§ 201 to 209.
☐ Relevant state law
☐ Relevant city or county law

III. **Statement of Claim**

State as briefly as possible the facts of your case. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Nature of employer's business:

Plaintiff, Dr. Mashiach C. Lassiter, brings this action against Kirkus Media, LLC for defamation per se, consumer misrepresentation, and disability-related injury. Plaintiff purchased a paid review of his book, How to Change the World in 20 Minutes, from Defendant for approximately $450. In publishing the review, Defendant falsely and negligently stated that the narrator of the book was "Mwalimu," when in fact the narrator is "Tezd," thereby misrepresenting the structure and content of Plaintiff's work. This false attribution and mischaracterization injured Plaintiff in his trade and profession as an author, constituting defamation per se, and further misled the public in exchange for payment, amounting to consumer fraud. As a 100% service-connected disabled veteran diagnosed with PTSD, Plaintiff also suffered a severe exacerbation of his disability symptoms, including anxiety, sleeplessness, and professional distress, directly caused by the defamatory review. Defendant's subsequent offer to unpublish the review, while an implicit acknowledgment of wrongdoing, does not remedy the past harm suffered. Plaintiff therefore seeks damages in the amount of $75,000, together with costs, punitive damages, and such other relief as this Court deems just.

B. Dates of employment:
ON OR ABOUT APRIL 4, 2018

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

    C.      Employee's job title and a description of the kind of work done:

    D.      Rate, method, and frequency of wage payment:
              ONE TIME ONLINE PAYMENT MADE.

    E.      Number of hours actually worked each week in which a violation is claimed:

    F.      Description of the alleged violation(s) *(check all that apply)*:
           ☐    Failure to pay the minimum wage *(explain)*

           ☐    Failure to pay required overtime *(explain)*

           ☒    Other violation(s) *(explain)*

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

On or about April 4, 2018, Defendant Kirkus Media, LLC published a paid review of Plaintiff's book, How to Change the World in 20 Minutes, that contained material factual inaccuracies and misrepresentations. Specifically, the review falsely identified "Mwalimu" as the narrator, when in fact the narrator is "Tezd," and further mischaracterized the tone, syntax, and literary structure of the work. These false statements were not mere opinion but verifiable misstatements of fact that directly injured Plaintiff in his trade and profession as an author, constituting defamation per se. Plaintiff paid approximately $750 for the review in reliance on Kirkus's representation of professional accuracy and integrity, but instead received a publication that misrepresented his work, caused reputational harm, undermined commercial opportunities, and exacerbated Plaintiff's service-connected PTSD disability. Defendant's subsequent offer to "unpublish" the review is an implicit acknowledgment of control over the harm but does not remedy the damages already suffered. Plaintiff seeks $75,000 in damages for defamation per se, consumer misrepresentation, reputational harm, and disability-related injury.

G. Date(s) of the alleged violation(s):
APRIL 4, 2018

H. Additional facts:

Plaintiff is a 100% service-connected disabled veteran. At the time of contracting with Defendant, Plaintiff's disability rating for post-traumatic stress disorder (PTSD) was fifty percent (50%). Following the publication of the inaccurate and damaging review of How to Change the World in 20 Minutes, Plaintiff experienced significant exacerbation of PTSD symptoms, including heightened anxiety, diminished ability to concentrate, and loss of confidence in professional endeavors. These effects materially contributed to the Department of Veterans Affairs increasing Plaintiff's disability rating to one hundred percent (100%), resulting in diminished capacity to pursue literary and business opportunities. The wrongful actions of Defendant therefore had a direct and continuing impact on Plaintiff's health, professional reputation, and future revenue.

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff respectfully requests that this Court enter judgment in his favor and grant the following relief:
1. A formal written apology from Defendant Kirkus Media, LLC, acknowledging the inaccuracies and harm caused by the review.
2. A formal public apology issued on Kirkus's official website and distribution channels, prominently posted where the original review appeared.
3. A re-review of How to Change the World in 20 Minutes by a top-tier professional reviewer employed by Kirkus, to be published in place of the inaccurate review.
4. Compensatory damages in the amount of $75,000 for reputational harm, defamation per se, misrepresentation, and disability-related injury.
5. Costs of this action and such other relief as the Court deems just and proper.

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/19/2025

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: MASHIACH C. LASSITER

### B. For Attorneys

Date of signing:

Signature of Attorney:

Printed Name of Attorney:

Bar Number:

Name of Law Firm:

Street Address:

State and Zip Code:

Telephone Number:

E-mail Address:

Dr. Mashiach C. Lassiter
1225 Mountain Ln
Gardendale, AL 35071
Email: class1911@gmail.com
Tel: +1 (202) 855-0284

September 16, 2025

Kirkus Media, LLC
1140 Broadway, Suite 802
New York, NY 10001

By Email: customercare@kirkus.com; indie@kirkus.com; indiecustomer@kirkus.com; tbeer@kirkus.com; skalina@kirkus.com

## Re: Demand for Refund, Correction, and Apology – *How to Change the World in 20 Minutes*

To Whom It May Concern:

I am the author of *How to Change the World in 20 Minutes*. I purchased a paid Kirkus Indie review, which created a contractual obligation for Kirkus to provide a fair, professional, and accurate evaluation. The published review contains factual errors and omissions that materially misrepresent my work.

Specifically:
- The narrator is **Tezd**, not Mwalimu, as incorrectly stated.
- Key arcs and characters (Lee & Net as parents, and Meka & Hebid) were omitted.
- Cultural and stylistic devices were mischaracterized as "inadvisable quirks" instead of recognized for their stated literary purpose.

This constitutes **breach of contract, negligent misrepresentation,** and **bad faith** in a paid professional service.

Accordingly, I demand that within **30 days** of receipt, Kirkus:
1. Refund the full fee I paid for the review.
2. Issue a public correction and apology, clarifying narrator identity, character arcs, and devices, and apologizing for the misrepresentation.
3. Confirm removal or correction across all syndication channels.

Failure to comply will result in my filing suit in federal court (N.D. Alabama) for breach of contract, negligent misrepresentation, tortious interference, and damages.

Sincerely,

/s/ Dr. Mashiach C. Lassiter

## Exhibit A – Accuracy Comparison

| Issue | Book (Actual) | Kirkus Review | Correction |
|---|---|---|---|
| Narrator Identity | Narrator is Tezd | Narrator is 'Mwalimu' | Factually false; Tezd is narrator |
| Role of Mwalimu | In-world teacher, enters scenes | Treated as narrator | Mischaracterization |
| Character Arc | Lee & Net → parents; Meka & Hebid pivotal | Omitted parental arc & children | Incomplete |
| Stylistic Devices | Color, font, multilingual words purposeful | Dismissed as inadvisable quirks | Subjective bias |
| Tone/Genre | Allegorical, sermonic, teaching parable | Described as 'garbled, bewildering' | Misreads deliberate style |
| Worldbuilding | Mythic rules, glossary, 'evil decisions' | Claims no rules established | False; symbolic not literal |



Hugo L. Black United States Cou[rt]
1729 5th Ave North
B'ham, Alabama
35203

Mashiach Christopher Webster
1216 Mountain Lane
Gardendale, AL 35071